UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
           v.               )    M.J. No.
                            )
MATTHEW RAMOS               )

GOVERNMENT'S MOTION TO SEAL  04-M00021-LPC

The United States Attorney, by and through its undersigned counsel, respectfully moves the Court to seal the Complaint, supporting Affidavit, this motion and the Court's order on this motion, as well as any other documents related to this matter, until further order of the Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
Assistant U.S. Attorney