# UNITED STATES DISTRICT COURT

**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

Matthew Ramos

**WARRANT FOR ARREST**
Case Number: 04-MJ0021-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Matthew Ramos__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT ☐ INFORMATION ☒ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**knowingly and intentionally distributing oxycodone, a Schedule II controlled substance,**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

__LAWRENCE P. COHEN__
Name of Issuing Officer

__UNITED STATES MAGISTRATE JUDGE__
Title of Issuing Officer

Signature of Issuing Officer

__Boston, MA;   August 12, 2004__
Date and Location

Bail fixed at $ _____   BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER | |