UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | M.J. No. 04-21 |
| ) | |
| MATTHEW RAMOS    ) | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney, by and through its undersigned counsel, respectfully moves the Court to unseal the Complaint and supporting Affidavit, the Government's Motion to Seal the Complaint, and the Court's order thereon. As grounds for this motion, the government states that the defendant has been arrested and there is no longer a need to keep the documents sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
WILLIAM D. WEINREB
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served by hand on Matthew Ramos's attorney, Martin Richey, Esq., Federal Public Defender Service, on August 18, 2004.

_____
WILLIAM D. WEINREB
Assistant U.S. Attorney