# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

**MATTHEW RAMOS**

**MJ # 04-21**

Defendant

## APPOINTMENT OF FEDERAL DEFENDER

## MARTIN RITCHIE

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **AUGUST 18, 2004** to represent said defendant in this cause until further order of the Court.

TONY ANASTAS
CLERK OF COURT

By:     /s/ Maria Simeone
Courtroom Deputy
The Honorable Lawrence P. Cohen

DATE: AUGUST 18, 2004

(Appt Fed def.wpd - 11/98)                                    [koapptpd.]